State of Ohio ex rel. Rodney P. Lien, Appellant, v.
Bernard Spero, Appellee.

Gen. No. 42,205.

opinion filed
December 30, 1942. Stephen A. Cross, for appellant; Kenneth B. Kirk,
of counsel; Brown & West, for appellee; Lawrence J. West and Leo
Spira, of counsel. Opinion by JUSTICE FRIEND. ''Not to be published
in full.''


Standard Statistics Company, Inc., Appellant, v.
Charles T. Davis, Appellee.

Gen. No. 41,884.

opinion filed
December 30, 1942. Jaffe & Green, for appellant; Jacob H. Jaffe and
David H. Kraft, of counsel; Charles H. Borden, for appellee. Opinion
by JUSTICE SCANLAN. ''Not to be published in full.''